**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1497**

_____

JUSTIN E. FAIRFAX,

        Plaintiff - Appellant,

   v.

NEW YORK PUBLIC RADIO,

        Defendant - Appellee,

   and

WNYC,

        Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:22-cv-00895-AJT-IDD)

_____

Submitted:  June 27, 2024                       Decided:  August 26, 2024

_____

Before QUATTLEBAUM and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Justin E. Fairfax, Appellant Pro Se.  Andrew M. Levine, New York, New York, Jonathan R. Tuttle, DEBEVOISE & PLIMPTON LLP, Washington, D.C., for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin E. Fairfax appeals the district court's order granting New York Public Radio's motions to dismiss Fairfax's state law claims for defamation and intentional infliction of emotional distress and for attorneys' fees and costs under Virginia's anti-SLAPP statute, Va. Code Ann. § 8.01-223.2. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fairfax v. N.Y. Pub. Radio*, No. 1:22-cv-00895-AJT-IDD (E.D. Va. Apr. 4, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*